UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

3D SERVICE, INC., WALTER DARVILLE,
CLYDE DARVILLE, AND FAYE DARVILLE,

      Plaintiffs/Counter-Defendants,

vs.

FEDERATED MUTUAL INSURANCE
COMPANY,                              Case No. 8:05-CV-414-T-27MAP

      Defendant/Counter-Plaintiff/
      Third-Party Plaintiff,

vs.

REMAN INTERNATIONAL, INC.,

      Third-Party Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Third-Party Defendant, Reman International, Inc.'s Motion to Dismiss Third-Party Complaint (Dkt. 12) and Third-Party Plaintiff, Federated Mutual Insurance Company's Notice of Non-Opposition to the Dismissal (Dkt. 14). Upon consideration, it is

**ORDERED AND ADJUDGED** that

1)    Reman International, Inc.'s Motion to Dismiss Third-Party Complaint (Dkt. 12) is **GRANTED**.

2)    Reman International, Inc. is **DISMISSED** from this cause.

1

3) All pending motions by or related to Reman International, Inc. are **DENIED** as moot.

**DONE AND ORDERED** in chambers this 26th day of April, 2005.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record